

**NUMBER 13-19-00404-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TRACY ELIZABETH HUNT,                                              **Appellant,**

**v.**

JASON BRIAN HUNT,                                                    **Appellee.**

### On appeal from the 267th District Court
### of Jackson County, Texas.

# MEMORANDUM OPINION

**Before Justices Longoria, Hinojosa, and Tijerina**
**Memorandum Opinion by Justice Longoria**

This appeal was abated by this Court on November 18, 2019, following appellant's

filing of a bankruptcy petition. *See* 11 U.S.C.A. § 362(a). On June 4, 2021, this Court

requested a status from the parties regarding the appeal. This cause is now before the

Court on appellant's unopposed motion to dismiss the appeal on grounds that appellant's

counsel has not been able to maintain contact with appellant and accordingly, requests that this Court dismiss the appeal. Accordingly, this case is hereby reinstated.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs are taxed against the appellant. *See id*. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

NORA L. LONGORIA
Justice

Delivered and filed on the
17th day of June, 2021.